```
GOLDSMITH & BURNS
ATTORNEY FOR THE PLAINTIFF
    18425 BURBANK BLVD., SUITE 708
    TARZANA, CA  91356
    818-708-2585
Attorneys for the Plaintiff
```

30869.   L.A.

FILED
CLERK, U.S. DISTRICT COURT
JUN - 8 1992
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>CLAUDIA HASKINS<br><br>Defendant(s). | COURT NO: 92A 20180<br><br>DEFAULT JUDGMENT |

ENTERED
CLERK, U.S. DISTRICT COURT
JUN - 8 1992
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from CLAUDIA HASKINS the sum of $1,000.00 as principal, $268.12 as accrued prejudgment interest, $227.00 administrative charges, and $58.00 costs, plus $355.00 attorney fees for a total amount of $1,908.12, plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: JUN - 8 1992

LEONARD A. BROSNAN, CLERK
U.S. District Court
Central District of California

By: *R. L. BYER*
    Deputy Clerk